IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

vs.       NO. 4:14CR-00188-JMM

CLARENCE ALLEN          DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

12-10-15
Date

Defendant's Signature

12-10-15
Date

Counsel for Defendant's Signature

## ORDER OF COURT

☒ The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐ The defendant's request to waive appearance at the arraignment is hereby DENIED.

12/15/15
Date

Judicial Officer

cc: All Counsel of Record
     U.S. Probation Office
     U.S. Marshals Service
     Presiding Magistrate Judge